UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES WILLIAMS,

                Petitioner,

    -against-

J. LaMANNA,

                Respondent.

18-CV-7041 (CM)

CIVIL JUDGMENT

Pursuant to the order issued September 20, 2018, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated: September 20, 2018
       New York, New York

                                      COLLEEN McMAHON
                                      Chief United States District Judge